**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-6764**

———————————

KEVIN L. CHOICE,

Plaintiff - Appellant,

versus

L. HENRY MCKELLAR, Circuit Judge for Third
Judicial Circuit of South Carolina; WILLIAM H.
CROFT, Solicitor for the Third Judicial Cir-
cuit; CHARLES M. CONDON, Attorney General of
the State of South Carolina,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. David C. Norton, District Judge.
(CA-01-918-3)

———————————

Submitted: November 8, 2001      Decided: November 15, 2001

———————————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin L. Choice, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin L. Choice appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Choice v. McKellar, No. CA-01-918-3 (D.S.C. Apr. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2